IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 09-2433-KHV-JPO |
| | ) | |
| BOB J. ANDERSON a/k/a BOBBY JIM | ) | |
| ANDERSON a/k/a BOB ANDERSON | ) | |
| a/k/a BOBBY ANDERSON (Deceased); | ) | |
| MARGARITA ANDERSON a/k/a | ) | |
| MAGUE ANDERSON, INDIVIDUALLY | ) | |
| and as CO-ADMINISTRATOR OF THE | ) | |
| ESTATE OF BOBBY JIM ANDERSON | ) | |
| a/k/a BOB J. ANDERSON; | ) | |
| TIMOTHY ANDERSON as | ) | |
| CO-ADMINISTRATOR OF THE ESTATE | ) | |
| OF BOBBY JIM ANDERSON a/k/a BOB J. | ) | |
| ANDERSON; | ) | |
| HOPE ANDERSON; | ) | |
| THAINE ANDERSON | ) | |
| THE ELKHART COOPERATIVE | ) | |
| EQUITY EXCHANGE; | ) | |
| S & S SPRAYING, INC.; | ) | |
| FIRST NATIONAL BANK OF ELKHART, | ) | |
| ELKHART, KANSAS; | ) | |
| MERLIN STOUT; | ) | |
| and the UNKNOWN HEIRS, EXECUTORS, | ) | |
| ADMINISTRATORS, DEVISEES, | ) | |
| TRUSTEES, LEGATEES, CREDITORS, | ) | |
| and ASSIGNEES OF SUCH OF THE | ) | |
| DEFENDANTS AS MAY BE DECEASED; | ) | |
| the UNKNOWN SPOUSES OF THE | ) | |
| DEFENDANTS; the UNKNOWN | ) | |
| STOCKHOLDERS, OFFICERS, | ) | |
| SUCCESSORS, TRUSTEES, CREDITORS | ) | |
| and ASSIGNEES OF SUCH DEFENDANTS | ) | |
| AS ARE EXISTING, DISSOLVED OR | ) | |
| DORMANT CORPORATIONS; | ) | |
| the UNKNOWN EXECUTORS, | ) | |
| ADMINISTRATORS, DEVISEES, | ) | |
| TRUSTEES, CREDITORS, SUCCESSORS | ) | |
| and ASSIGNEES OF SUCH DEFENDANTS | ) | |
| AS ARE OR WERE PARTNERS or IN | ) | |

| | |
|---|---|
| PARTNERSHIP; and the UNKNOWN GUARDIANS, CONSERVATORS, and TRUSTEES OF SUCH OF THE DEFENDANTS AS ARE MINORS OR IN ANY WAY UNDER LEGAL DISABILITY; and the UNKNOWN HEIRS, EXECUTORS, ADMINISTRATORS, DEVISEES, LEGATEES, TRUSTEES, CREDITORS, and ASSIGNEES OF ANY PERSON ALLEGED TO BE DECEASED AND MADE DEFENDANTS AS SUCH, | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Defendants.

## ORDER

On October 21, 2009, this Court issued its Order (Doc. 9) authorizing service by publication upon the below listed Defendants pursuant to the motion of the United States.

IT IS FURTHER ORDERED that the Unknown Heirs, Executors, Administrators, Devisees, Trustees, Legatees, Creditors, and Assignees of such of the defendants as may be deceased; the Unknown Spouses of any defendants; the Unknown Stockholders, Officers, Successors, Trustees, Creditors and Assignees of such defendants as are existing, dissolved or dormant corporations; the Unknown Executors, Administrators, Devisees, Trustees, Creditors, Successors and Assignees of such defendants as are or were partners or in partnership; the Unknown Guardians, Conservators and Trustees of such of the defendants as are minors or are in any way under legal disability; and the Unknown Heirs, Executors, Administrators, Devisees, Legatees, Trustees, Creditors and Assignees of any Person alleged to be deceased shall appear or plead in this action filed in this Court at Kansas City, Kansas, on or before the <u>15th day of January, 2010</u>, a date not less than 55 days from the date the notice was first published,

and in default thereof, the Court will find that the Amended Complaint and all other pleadings are true, and judgment, the nature of which shall be stated, will be rendered accordingly.

IT IS FURTHER ORDERED that notice of this Order be published not less than once each week for six consecutive weeks in a newspaper having general circulation in Morton County, Kansas.

Dated this 27th day of October, 2009.

    s/ James P. O'Hara
JAMES P. O'HARA
United States Magistrate Judge


APPROVED BY:

LANNY D. WELCH
United States Attorney
for the District of Kansas

s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ks. S.Ct. No. 14225
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail: chris.allman@usdoj.gov
ELECTRONICALLY SUBMITTED
    Attorneys for Plaintiff